**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6722**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROMEO A. MARQUIS, a/k/a Little Tony, a/k/a Tony Robinson,
a/k/a Michael A. Blair,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:07-cr-00666-JFA-1)

———————

Submitted:  November 27, 2012      Decided:  December 27, 2012

———————

Before KING, KEENAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Romeo A. Marquis, Appellant Pro Se.  Tara L. McGregor, Jane
Barrett Taylor, Assistant United States Attorneys, Columbia,
South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Romeo A. Marquis appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Marquis, No. 3:07-cr-00666-JFA-1 (D.S.C. Mar. 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED